**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

SHARON ROSE ZLATKIN, et al.,

                 *Plaintiffs,*

v.

BUTMAN, TOWNSHIP OF, et al.,

                 *Defendants.*

_____/

Case No. 1:23-cv-12693

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER GRANTING MOTION FOR NEW SUMMONS AND EXTENSION OF TIME (ECF No. 39)

Plaintiffs Sharon Rose Zlatkin and Peggy Zlatkin filed this lawsuit on October 24, 2023, without the assistance of counsel. (ECF No. 1). On March 5, 2024, Plaintiffs moved for a new summons and an extension of time to serve Robert E. Lee. (ECF No. 39). In support of their motion, Plaintiffs demonstrate their attempts to locate and serve defendant Robert E. Lee since the issuance of summons on October 24, 2023. (*Id.* at PageID.700–1, 710, 712). To date, they have been unable to serve Defendant Lee. However, Plaintiffs purport that Defendant Lee's "Commander" recently contacted them and indicated he is willing to assist Plaintiffs with serving Defendant Lee. (*Id.* at PageID.700–1).

Federal Rule of Civil Procedure 4(m) states that if a defendant is not served

within 90 days after the complaint is filed, the Court must dismiss the defendant

without prejudice unless good cause is shown to extend the time for service. Plaintiff

has shown good cause to extend the time to serve Defendant Lee. Thus, the motion

is **GRANTED**. A new summons will be issued, and Plaintiffs have an additional 90

days to complete service on Robert E. Lee beginning on the date of this Order.

**IT IS ORDERED.**

Date: March 22, 2024                    S/ PATRICIA T. MORRIS
                                        Patricia T. Morris
                                        United States Magistrate Judge