# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| SHARON ROSE ZLATKIN, and PEGGY J. ZLATKIN, | Case No. 23-cv-12693 |
| *Plaintiffs,* | Thomas L. Ludington<br>United States District Judge |
| v. | Patricia T. Morris<br>United States Magistrate Judge |
| TOWNSHIP OF BUTMAN, COUNTY OF GLADWIN, JOSHUA M. FARRELL, ELIZABETH M. POST, STEVEN WORPEL, ROBERT LEE, JUSTIN RONALD HENDERSON, JAMES MAVEAL, JR., AARON MILLER, NORMAN E. GAGE, VICKI SUE CHICKERING, GINA COON, REBECCA KREISHER, and KAREN MOORE, | |
| *Defendants.* | |

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE AS MOOT (ECF No. 29)

On January 19, 2024, Plaintiffs Sharon Zlatkin and Peggy Zlatkin filed a Motion for Substituted Service as to Defendants Robert Lee and Justin Ronald Henderson. (ECF No. 29). On January 31, 2024, Shelley McCormick entered a notice of appearance on behalf Defendant Justin Ronald Henderson. (ECF No. 31). On March 5, 2024, Plaintiffs moved for a new summons and an extension of time to

serve Robert E. Lee.  (ECF No. 39).  Plaintiffs purport that Lee's "Commander" contacted them and indicated his willingness to assist Plaintiffs in serving Lee.  The Court granted Plaintiffs' motion and gave them an additional 90 days to complete service on Lee.  In light of these developments, Plaintiffs Motion for Substituted Service is **DENIED**, without prejudice, as moot.  If Plaintiffs are unable to complete personal service on Lee before the expiration of the newly issued summons, they may file another motion for substituted service.

    **IT IS SO ORDERED.**

Date: April 9, 2024                                S/ PATRICIA T. MORRIS
                                                             Patricia T. Morris
                                                              United States Magistrate Judge