

ATTORNEYS AND COUNSELORS AT LAW
125 PARK STREET, SUITE 300 ▪ TRAVERSE CITY, MICHIGAN 49684 ▪ PHONE: (231) 922-1888 ▪ FACSIMILE: (231) 922-9888

Haider A. Kazim
hkazim@cmda-law.com

January 22, 2026

*VIA ECF FILING*

*Clerk of the Court*
**U.S. EASTERN DISTRICT COURT**

    RE:    Zlatkin, et al v Butman Township, et a.
              Eastern District Court Case No. 1:23-cv-12693-TLL-PTM

Dear Clerk:

    I am writing to advise the Court that I will be on vacation and unavailable from September 2, 2026 through September 21, 2026.

    Thank you for your attention in this regard.  Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,

Haider A. Kazim

HAK/ljd
cc:    Sharon Rose Zlatkin (via first class mail)
        Peggy J. Zlatkin (via first class mail)
        Margaret A. Bettenhausen (via ECF filing)
        Danielle Allison-Yokom (via ECF filing)
        Thomas J. McGraw (via ECF filing)
        Thomas D. Landa (via ECF filing)
        Shelley M. McCormick (via ECF filing)