UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PEGGY ZLATKIN and SHARON ZLATKIN,

                    Plaintiffs,                            Case Number 23-12693

v.                                          Honorable David M. Lawson
                                                  Magistrate Judge Patricia T. Morris

GLADWIN COUNTY, STEVEN WORPELL,
ROBERT LEE, JUSTIN R. HENDERSON,
JAMES MAVEAL, JR., AARON MILLER,
NORMAN E. GAGE, VICKI SUE CHICKERING,

                    Defendants.

_____/

## ORDER DENYING PLAINTIFFS' MOTION TO DISQUALIFY

On March 26, 2026, plaintiffs Peggy and Sharon Zlatkin filed a motion to disqualify the Honorable Thomas L. Ludington and Magistrate Judge Patricia T. Morris. The motion states that the plaintiffs did not seek the defendants' concurrence before filing the motion.

In this district, movants must seek concurrence in the relief requested before filing a motion with the Court. E.D. Mich. LR 7.1(a)(1). "To accomplish this, the movant must confer with the other parties and other persons entitled to be heard on the motion in good faith and in a manner that reasonably explains the basis for the motion and allows for an interactive process aimed at reaching agreement on the matter or those aspects of the matter that can be resolved without court intervention, given the nature of the contemplated motion," and "[t]he conference must be held sufficiently in advance of filing the motion to allow a good faith interactive exchange aimed at resolving the matter." *Ibid.* "If concurrence is not obtained, the motion or request must state: (A) there was a conference between attorneys or unrepresented parties and other persons entitled to be heard on the motion in which the movant explained the nature of the motion or request and its legal basis and requested but did not obtain concurrence in the relief sought; [or] (B) despite

reasonable and timely efforts specified in the motion or request, the movant was unable to conduct a conference." E.D. Mich. LR 7.1(a)(2).

The plaintiffs admit that they did not seek concurrence. They assert that they are not required to do so because the motion seeks judicial disqualification, but they cite no authority supporting that proposition. There is nothing in LR 7.1(a) that exempts such motions from the rule's requirements. The motion will be denied.

Accordingly, it is **ORDERED** that the plaintiffs' motion to disqualify (ECF No. 168) is **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   April 1, 2026