UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHARON ROSE ZLATKIN,
PEGGY ZLATKIN,

Plaintiffs,

v.

Case Number 23-12693
Honorable David M. Lawson

COUNTY OF GLADWIN, STEVEN WORPEL,
ROBERT LEE, JUSTIN R. HENDERSON,
JAMES MAVEAL, JR., AARON MILLER,
NORMAN E. GAGE, VICKI SUE CHICKERING,

Defendant.
__________________________________________/

**ORDER OVERRULING OBJECTION TO THE MAGISTRATE'S CERTIFICATION OF COMPLETION OF PRETRIAL PROCEEDINGS**

This matter is before the Court on plaintiff's objection to Magistrate Judge Patricia Morris's Certification of Completion of Pretrial Proceedings. ECF No. 176.

The certificate of completion of pretrial proceedings is not an order to which an objection may be lodged under Federal Rule of Civil Procedure 72(a). The certificate merely notifies the district court judge that the magistrate judge has completed the pretrial matters for which the case was referred.

Accordingly, it is **ORDERED** that the plaintiffs' objections to the magistrate judge procedural notification (ECF No. 180 and ECF No. 181) are **OVERRULED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: September 16, 2026