US DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHARON ROSE ZLATKIN, and
PEGGY J. ZLATKIN,

Plaintiffs,

v

TOWNSHIP OF BUTMAN, COUNTY OF GLADWIN, JOSHUA M. FARRELL ELIZABETH M. POST, STEVEN WORPELL, ROBERT LEE, JUSTIN R. HENDERSON, JAMES MAVEAL, JR., AARON MILLER, NORMAN E. GAGE, VICKI SUE CHICKERING; GINA COON, REBECCA KREISHER, and KAREN MOORE, in their individual and official capacities,

Defendants.

CASE NO. 1:23-cv-12693-TLL

HON. DAVID M. LAWSON
U.S. DISTRICT COURT JUDGE

---

Sharon Rose Zlatkin and
Peggy J. Zlatkin,
PLAINTIFFS, *In Pro Se*
6632 Telegraph Road #176
Bloomfield Hills, MI 48301
(989) 387-6577
Peggyz7412@gmail.com

Margaret A. Bettenhausen (P75046)
Danielle Allison-Yokom (P70950)
Assistant Attorney General
Attorney for Vicki Sue Chickering
Michigan Dep't of Attorney General
ENRA Division
PO Box 30755, Lansing, MI 48909
(517) 335-7664
bettenhausenm@michigan.gov
allisonyokomd@michigan.gov

Haider A. Kazim (P66146)
Matthew W. Cross (P77526)
Neal A. Wilds (P85924)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Defendants GLADWIN COUNTY, STEVEN WORPELL, JAMES MAVEAL, JR., AARON MILLER, and NORMAN E. GAGE
125 Park Street, Suite 300
Traverse City, MI 49684
(231) 922-1888
(231) 922-9888 Fax
hkazim@cmda-law.com
nwilds@cmda-law.com

Shelley M. McCormick (P80311)
Assistant Attorney General
MI Dep't of Attorney General
State Operations Division
Atty for CoDef Justin R. Henderson
and Robert Lee
PO Box 30754, Lansing, MI 48909
517-335-7573
McCormickSl@michigan.gov

---

**DEFENDANTS COUNTY OF GLADWIN, STEVEN WORPELL, JAMES MAVEAL, JR., AARON MILLER AND NORMAN GAGE'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE (ECF No. 179)**

NOW COME Defendants, COUNTY OF GLADWIN, STEVEN WORPELL, JAMES MAVEAL JR., AARON MILLER, and NORMAN GAGE (hereafter "Defendants"), by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., and in Response to the Court's Order to Show Cause why Stay Should Not be Dissolved (ECF No. 179) hereby states as follows:

## I. The criminal case against Sharon Zlatkin is still an ongoing proceeding

Sharon Zlatkin still faces criminal charges in Gladwin County for multiple counts, including a Felony punishable by up to 7 years prison. **Exhibit A**, *Felony Complaint*. Sharon Zlatkin has not availed herself to the Gladwin County court system since her failure to appear for her Preliminary Examination back in May of 2021. **Exhibit B**, *Bench Warrant*. The reason the criminal case has remained dormant for such a significant period of time is due to Sharon Zlatkin's failure to

appear for her Court date and her avoidance to answer for her Bench Warrant since that time. *Id*.

It is also Defendants' contention that Sharon Zlatkin is currently a fugitive from justice. The significant Felony allegations against her remain unresolved and she has yet to address this Gladwin County Warrant that has remained open for over five years. The Gladwin County Prosecutor corroborates, to his knowledge, no police agency has been able to locate Sharon Zlatkin, and he also treats her as a fugitive from justice who is actively avoiding the state criminal proceedings against her. **Exhibit C**, *Affidavit of Mark Toaz*.

The current address on record for Sharon Zlatkin appears to be "6632 Telegraph Road #176 Bloomfield Hills, MI 48301." Undersigned conducted an online search of this address and believes this to be an address to a UPS Store Mailbox Number. This Telegraph Road address does not appear to be a residence of any kind. It is unclear where Sharon Zlatkin is residing, whether in or out of state. This uncertainty would explain law enforcement's inability to locate her, which would then explain the significant time the Bench Warrant has remained open and unresolved in her criminal matter.

Defendants respectfully argue that the criminal proceedings against Sharon Zlatkin should continue to be classified as "ongoing" for purposes of *Younger* abstention. There has been no criminal conviction or other adjudication of any kind

at this juncture. This lack of resolution is concerning given the significant Felony charge at issue. Defendants offer that the only reason the case has languished for so long is due to Sharon Zlakin's avoidance and unwillingness to answer for her Bench Warrant for her failure to appear in 2021.

## II. Even though Peggy Zlatkin has no state proceeding pending against her, the resolution of the search and seizure issue in Sharon Zlatkin's criminal case equally implicates Peggy Zlatkin's Fourth Amendment claim

The Court requested clarification on why it should extend the Stay of Count II to Peggy Zlatkin, who has no state proceeding against her. Defendants offer that the factual background and legal issues that underly Sharon Zlatkin's state criminal matter necessarily implicate Peggy Zlatkin's claims in Count II in the present case.

Plaintiffs' Count II brings allegations as to whether a valid search and seizure was conducted at Peggy Zlatkin's property on November 4, 2020. This is an issue critical to Sharon Zlatkin's state criminal proceeding. Even though Peggy is not a party to Sharon's state criminal proceeding, any potential resolution of this issue in state court is equally critical to Peggy Zlatkin's claim in Count II. Plaintiffs' Complaint mentions both Sharon and Peggy being aggrieved from the purported "unlawful" search, a few references include:

> "Peggy Zlatkin arrived at the farm at approximately 10:25 am. Upon Peggy's arrival she demanded to see the warrant, but no officer could produce one….Sharon Zlatkin remained by the tree, Peggy…had to remain in the car…." (ECF No. 1, PageID.35).

> "The intrusion….was a substantial invasion of privacy on *the Zlatkins."* (*Id*. at PageID.36)(emphasis added).

While only persuasive, the Seventh Circuit has previously opined on the application of *Younger* abstention to a federal plaintiff who was not a party to an underlying state matter. *Collins v. Kendall Cty., Ill*., 807 F.2d 95 (7th Cir. 1986). In *Collins*, the plaintiffs were a corporate owner and two employees of a bookstore. *Id*. at 96. Plaintiffs claimed, in part, they were entitled to relief pursuant to §1983 because certain state level prosecutions and searches and seizures of their bookstore were brought in bad faith to harass the plaintiffs for the purposes of forcing the bookstore to close. *Id*. Some of these state prosecutions remained pending. *Id*. at 97.

Of particular relevance to this matter, one of the plaintiffs in *Collins* argued on appeal that she should have been considered separately from the other plaintiffs because there were no cases pending in state court against her, arguing *Younger* principles did not apply. *Id*. at 101. The court disagreed, stating, "[w]e have …three plaintiffs who are all related to the same business entity…All three plaintiffs thus share the same interest in contesting in the state litigation…and (co-plaintiff's) could adequately represent that interest in the state proceeding." *Id*. at 101–02. The Court concluded that the abstention doctrine applies with equal force to the plaintiff who was not a party to the state proceedings. *Id*.

Defendants would contend that the same reasoning from *Collins* follows here. The state court proceedings against Sharon implicate the common interests of both Plaintiffs. Peggy Zlatkin is the owner of the property in question where the disputed search and seizure occurred and she equally disputes the validity of the November 2020 search for purposes of Count II.

WHEREFORE, Defendants rely upon the above in support of their arguments to continue the Stay of Count II for both Plaintiffs in response to the Court's Show Cause Order. However, if the Court deems it just and proper, Defendants do not oppose if the Court decides to dismiss that Count as to one or both Plaintiffs.

Respectfully submitted,

Dated: September 18, 2026

CUMMINGS, McCLOREY, DAVIS
& ACHO, P.L.C.

Neal Wilds

Neal A. Wilds (P85924)
Attorneys for Defendants County of Gladwin, Worpell, Maveal, Jr., Miller And Gage
125 Park Street, Suite 300
Traverse City, MI 49684
(231) 922-1888

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, I electronically filed Defendants County of Gladwin, Steven Worpell, James Maveal, Jr., Aaron Miller And Norman Gage's Response To Court's Order To Show Cause (ECF No. 179) and Certificate of

Service with the Clerk of the Court using the ECF system which will send notification of such filings to all attorneys of record and I hereby certify that I have mailed by United States Postal Service the paper copy to the following non-ECF participants:

Sharon Rose Zlatkin and
Peggy J. Zlatkin
6632 Telegraph Road #176
Bloomfield Hills, MI 48301

Neal Wilds

Neal A. Wilds (P85924)
Attorney for Defendants